AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>ANDRE EUGENE SHAW<br><br>*Defendant(s)* | Case No. 3:21-mj-00091 |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __April 14, 2021__ in the county of __Multnomah__ in the
_____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 111(a) | Assaulting a Federal Officer, with physical contact |

This criminal complaint is based on these facts:

See the attached affidavit of Special Agent Brendan Denard, Federal Bureau of Investigation.

☑ Continued on the attached sheet.

(By telephone)
*Complainant's signature*

Brendan Denard, Special Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __12:09__ a.m./p.m.

Date: __April 16, 2021__

/s/ Youlee Yim You
*Judge's signature*

City and state: __Portland, Oregon__   Honorable Youlee Yim You, U.S. Magistrate Judge
*Printed name and title*